JS-6

Joe Bautista (State Bar No. 255708)
    E-mail: bautista@sbm.law
Nina Montoya (State Bar No. 237419)
    E-mail: montoya@sbm.law
Shannon Seibert (State Bar No. 240317)
    E-mail: seibert@sbm.law
**SEIBERT • BAUTISTA • MONTOYA**
2100 Embarcadero, Suite 203
Oakland, CA  94606
Telephone: 510.679.1981
Facsimile:  510.679.1982
Attorneys for Plaintiff Christian Gadbois

James C. Fessenden (SBN 238663)
    E-Mail:  jfessenden@fisherphillips.com
Kathryn M. Evans (SBN 323190)
    E-Mail:  kmevans@fisherphillips.com
Misha K. Jamshidi (SBN 333803)
    E-Mail:  mjamshidi@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Drive, Suite 1000
San Diego, California  92121
Telephone: (858)597-9600
Facsimile: (858)597-9601
Attorneys for Defendants PHI Health, LLC and PHI Aviation, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CHRISTIAN GADBOIS,

          Plaintiff,

    vs.

PHI HEALTH, LLC, doing
business as PHI AIR MEDICAL;
PHI AVIATION, LLC, doing
business as PHI, INC.; and DOES
1 – 10, inclusive,

          Defendants.

**CASE NO.: 2:22-cv-08772-KK-JC**

**JOINT REQUEST AND STIPULATION
TO DISMISS ENTIRE ACTION AND ALL
CLAIMS WITH PREJUDICE PURSUANT
TO FRCP 41; ORDER**

State Complaint Filed: September 28, 2022
Removal Filed: December 2, 2022

**Courtroom: 3
Judge: Kenly Kiya Kato**

## ORDER

The Court, having considered the stipulation of the Parties and good cause appearing, orders as follows:

1.    The above-entitled action is dismissed in its entirety with prejudice;

2.    The Parties shall bear their own attorney's fees and costs; and

3.    The Clerk of the Court is directed to close the case file.

**IT IS SO ORDERED.**

Dated:  January 21, 2025

_____
HONORABLE KENLY KIYA KATO
United States District Judge